**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MELISSA MILLER and DANIEL VAN DYKE, ) <br> as independent administrators of the Estate of ) <br> COURTNEY MILLER, deceased, ) <br> ) <br>         Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> VILLAGE OF MOKENA, Mokena Police Officers ) <br> VICTORIA HART, JOSEPH BALLANTINE, ) <br> RICHARD CRISCIONE, ROBERT HENSCHEL, ) <br> ANTONIO MAVROGIANNIS, ROBERT ) <br> MILLER, OWEN PRICE, DARIN MCVICKER, ) <br> ANDREW LANGAN, and GREGORY SELIN, ) <br> each individually and as agents of the Village ) <br> of Mokena, ) <br> ) <br>         Defendants. ) | Case No. 25CV10557 <br><br> (Removed from the Circuit Court <br> of DuPage County <br> Case No. 25 LA 000769) |

## **NOTICE OF REMOVAL**

NOW COME the Defendants, VILLAGE OF MOKENA, VICTORIA HART, JOSEPH BALLANTINE, RICHARD CRISCIONE, ROBERT HENSCHEL, ANTONIO MAVROGIANNIS, ROBERT MILLER, OWEN PRICE, DARIN MCVICKER, ANDREW LANGAN and GREGORY SELIN (hereinafter "Defendants"), by and through their attorneys, MICHAEL D. BERSANI and JASON BLUMENTHAL of HERVAS, CONDON & BERSANI, P.C., and pursuant to 28 U.S.C. §§ 1441 and 1446, file this notice of removal of the above-captioned matter from the Circuit Court of Will County, Illinois, under Docket Number 2025 LA 769 to this Honorable Court.

In support of this Notice, the Defendants state the following:

1. **JURISDICTION**. This Court has original jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343 in that the instant complaint purports to assert a civil action pursuant to the Civil Rights Act of 1871, which is codified at 42 U.S.C. § 1983.

2. **STATEMENT OF FACTS.** This action was filed on August 14, 2025, in the Circuit Court of the 12th Judicial Circuit, Will County, Illinois, alleging federal claims under 42 U.S.C. § 1983 for alleged First and Fourteenth Amendment violations and state law claims for negligence and willful and wanton conduct, stemming from an incident that occurred on August 15, 2024, between Plaintiff and Defendants. A copy of the complaint filed in the Circuit Court of the 12th Judicial Circuit, Will County, Illinois is attached hereto as Exhibit A.

3. Defendant Village of Mokena was served with summons and the complaint on August 27, 2025. All Defendants consent to removal of this action to Federal Court.

4. **BASIS FOR REMOVAL.** This Notice for Removal is timely made under 28 U.S.C. § 1446(b). Not more than 30 days have passed since service of the Complaint which first enabled Defendants to ascertain that this case was removable.

5. Removal of a civil action is allowed under 28 U.S.C. § 1441(b) by a Defendant who is sued on a claim or right arising under the Constitution or laws of the United States for which this Court has original jurisdiction. This action is removable without regard to the citizenship or residence of the parties.

6. The Complaint invokes 42 U.S.C. § 1983 and is removable to this Honorable Court. The action is within the subject matter jurisdiction of this Court, and this Court is an appropriate forum in which to litigate claims based on alleged federal violations.

WHEREFORE, the Defendants file this Notice of Removal of the above-captioned litigation from the Circuit Court of the 12th Judicial Circuit, Will County, Illinois to this Honorable Court.

        Respectfully submitted,

**/s/Michael D. Bersani**
MICHAEL D. BERSANI, Bar # 06200897
JASON BLUMENTHAL
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156
P: 630-773-4774
mbersani@hcbattorneys.com
jblumenthal@hcbattorneys.com

STATE OF ILLINOIS )
                                ) SS.
COUNTY OF DUPAGE )

    I, MICHAEL D. BERSANI, do hereby certify, and having been first duly sworn upon oath do hereby state, that I have read the above and foregoing Notice of Removal, by me subscribed as signatory for Defendants, VILLAGE OF MOKENA, VICTORIA HART, JOSEPH BALLANTINE, RICHARD CRISCIONE, ROBERT HENSCHEL, ANTONIO MAVROGIANNIS, ROBERT MILLER, OWEN PRICE, DARIN MCVICKER, ANDREW LANGAN and GREGORY SELIN and the same is true and correct to the best of my knowledge and belief.

                                                        **/s/Michael D. Bersani**

**IN THE CIRCUIT COURT OF THE 12TH JUDICIAL CIRCUIT**
**WILL COUNTY, ILLINOIS**

| | |
|---|---|
| MELISSA MILLER and DANIEL VAN DYKE, as independent administrators of the Estate of COURTNEY MILLER, deceased, | ) ) ) ) |
| Plaintiffs, | ) Case No. 25CV10557 |
| vs. | ) (Removed from the Circuit Court ) of DuPage County |
| VILLAGE OF MOKENA, Mokena Police Officers VICTORIA HART, JOSEPH BALLANTINE, RICHARD CRISCIONE, ROBERT HENSCHEL, ANTONIO MAVROGIANNIS, ROBERT MILLER, OWEN PRICE, DARIN MCVICKER, ANDREW LANGAN, and GREGORY SELIN, each individually and as agents of the Village of Mokena, Defendants. | ) Case No. 25 LA 000769) ) ) ) ) ) ) ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2025, I electronically filed the foregoing **Notice of Removal** with the Clerk of the District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send notification to the CM/ECF participants; and email a copy to all counsel of record to be served a copy of the same.

TO:  Antonio M. Romanucci  
      Colton J. Taylor  
      Romanucci & Blandin, LLC  
      321 N. Clark St., Ste. 900  
      Chicago, IL  60654  
      aromanucci@rblaw.net  
      cjohnson@rblaw.net  

Howard H. Ankin  
Matthew C. Friedman  
Ankin Law Offices LLC  
10 N. Dearborn St., Ste. 500  
Chicago, IL  60602  
hankin@ankinlaw.com  
mfriedman@ankinlaw.com  

**/s/Michael D. Bersani**
MICHAEL D. BERSANI, Bar #06200897
JASON BLUMENTHAL, Bar #06332469
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156 P:  630-773-4774
mbersani@hcbattorneys.com
jblumenthal@hcbattorneys.com