# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Melissa Miller et al. v. Village of Mokena, et al.

Case Number: 25CV10557

An appearance is hereby filed by the undersigned as attorney for:
Village of Mokena, Victoria Hart, Joseph Ballantine, Richard Criscione, Robert Henschel, Antonio Mavrogiannis, Robert Miller, Owen Price, Darin McVicker, Andrew Langan and Gregory Selin

Attorney name (type or print): Michael D. Bersani

Firm: Hervas, Condon & Bersani, P.C.

Street address: 333 Pierce Road, Suite 195

City/State/Zip: Itasca, IL 60143

Bar ID Number: 06200897
(See item 3 in instructions)

Telephone Number: 630-773-4774

Email Address: mbersani@hcbattorneys.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 3, 2025

Attorney signature: S/ Michael D. Bersani
(Use electronic signature if the appearance form is filed electronically.)