IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT, WILL COUNTY, ILLINOIS

**MELISSA MILLER and DANIEL VAN DYKE, as independent administrators of the Estate of COURTNEY MILLER, deceased,**

    *Plaintiff(s) / Petitioner(s)*

v.

**VILLAGE OF MOKENA; and Mokena Police Officers VICTORIA HART, JOSEPH BALLANTINE, RICHARD CRISCIONE, ROBERT HENSCHEL, ANTONIO MAVROGIANNIS, ROBERT MILLER, OWEN PRICE, DARIN McVICKER, ANDREW LANGAN, and GREGORY SELIN, each individually and as agents of the VILLAGE OF MOKENA,**

    *Defendant(s) / Respondent(s)*

Case No.: 2025LA000769

## AFFIDAVIT OF SERVICE

I, Jennifer O'Rourke, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to Andrew Langan in Will County, IL on August 27, 2025 at 11:46 am at 11004 Carpenter Street, Mokena, IL 60448 by workplace substituted service by leaving the documents at the usual workplace of Andrew Langan with John Tomasoski who is the Village Administrator for Andrew Langan.

COMPLAINT AT LAW
SUMMONS

Additional Description:
I made contact with Mokena Village Administrator, John Tomasoski, at Village Hall. He confirmed he had the authority to accept the legal documents. I showed him who the lawsuit was in reference to and who was named in the suit. I served John all copies of the documents.

White Male, est. age 45-54, glasses: N, No Hair hair, 200 lbs to 220 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=41.5314553,-87.8870035
Photograph: See Exhibit 1

Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

/s/ *Jennifer O'Rourke*

Signature
Jennifer O'Rourke
+1 (815) 690-9209
Proof Illinois LLC
No. 117.001863

Executed in

Cook County                    ,

IL      on    8/28/2025        .



Exhibit 1a)

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT, WILL COUNTY, ILLINOIS

**MELISSA MILLER and DANIEL VAN DYKE, as independent administrators of the Estate of COURTNEY MILLER, deceased,**

    *Plaintiff(s) / Petitioner(s)*

v.

**VILLAGE OF MOKENA; and Mokena Police Officers VICTORIA HART, JOSEPH BALLANTINE, RICHARD CRISCIONE, ROBERT HENSCHEL, ANTONIO MAVROGIANNIS, ROBERT MILLER, OWEN PRICE, DARIN McVICKER, ANDREW LANGAN, and GREGORY SELIN, each individually and as agents of the VILLAGE OF MOKENA,**

    *Defendant(s) / Respondent(s)*

Case No.: 2025LA000769

## AFFIDAVIT OF SERVICE

I, Jennifer O'Rourke, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to Antonio Mavrogiannis in Will County, IL on August 27, 2025 at 11:46 am at 11004 Carpenter Street, Mokena, IL 60448 by workplace substituted service by leaving the documents at the usual workplace of Antonio Mavrogiannis with John Tomasoski who is the Village Administrator for Antonio Mavrogiannis.

COMPLAINT AT LAW
SUMMONS

Additional Description:
I made contact with Mokena Village Administrator, John Tomasoski, at Village Hall. He confirmed he had the authority to accept the legal documents. I showed him who the lawsuit was in reference to and who was named in the suit. I served John all copies of the documents.

White Male, est. age 45-54, glasses: N, No Hair hair, 200 lbs to 220 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=41.5314445,-87.8870044
Photograph: See Exhibit 1

Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

Executed in

_Cook County_ ,

_IL_ on _8/28/2025_ .

/s/ *Jennifer O'Rourke*

Signature
Jennifer O'Rourke
+1 (815) 690-9209
Proof Illinois LLC
No. 117.001863



Exhibit 1a)

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT, WILL COUNTY,
ILLINOIS

**MELISSA MILLER and DANIEL VAN DYKE, as independent
administrators of the Estate of COURTNEY MILLER,
deceased,**

*Plaintiff(s) / Petitioner(s)*

v.

**VILLAGE OF MOKENA; and Mokena Police Officers
VICTORIA HART, JOSEPH BALLANTINE, RICHARD
CRISCIONE, ROBERT HENSCHEL, ANTONIO
MAVROGIANNIS, ROBERT MILLER, OWEN PRICE,
DARIN McVICKER, ANDREW LANGAN, and GREGORY
SELIN, each individually and as agents of the VILLAGE OF
MOKENA,**

Case No.: 2025LA000769

*Defendant(s) / Respondent(s)*

## <u>AFFIDAVIT OF SERVICE</u>

I, Jennifer O'Rourke, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private
Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to Darin McVicker in Will County, IL on August 27, 2025 at 11:46 am at
11004 Carpenter Street, Mokena, IL 60448 by workplace substituted service by leaving the documents at the
usual workplace of Darin McVicker with John Tomasoski who is the Village Administrator for Darin
McVicker.

COMPLAINT AT LAW
SUMMONS

Additional Description:
I made contact with Mokena Village Administrator, John Tomasoski, at Village Hall. He confirmed he had
the authority to accept the legal documents. I showed him who the lawsuit was in reference to and who was
named in the suit. I served John all copies of the documents.

White Male, est. age 45-54, glasses: N, No Hair hair, 200 lbs to 220 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=41.5314416,-87.8869861
Photograph: See Exhibit 1

Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

Executed in

Cook County

IL    on    8/28/2025    .

/s/ *Jennifer O'Rourke*

Signature
Jennifer O'Rourke
+1 (815) 690-9209
Proof Illinois LLC
No. 117.001863



Exhibit 1a)

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT, WILL COUNTY, ILLINOIS

**MELISSA MILLER and DANIEL VAN DYKE, as independent administrators of the Estate of COURTNEY MILLER, deceased,**

*Plaintiff(s) / Petitioner(s)*

v.

**VILLAGE OF MOKENA; and Mokena Police Officers VICTORIA HART, JOSEPH BALLANTINE, RICHARD CRISCIONE, ROBERT HENSCHEL, ANTONIO MAVROGIANNIS, ROBERT MILLER, OWEN PRICE, DARIN McVICKER, ANDREW LANGAN, and GREGORY SELIN, each individually and as agents of the VILLAGE OF MOKENA,**

*Defendant(s) / Respondent(s)*

Case No.: 2025LA000769

## AFFIDAVIT OF SERVICE

I, Jennifer O'Rourke, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to Gregory Selin in Will County, IL on August 27, 2025 at 11:46 am at 11004 Carpenter Street, Mokena, IL 60448 by workplace substituted service by leaving the documents at the usual workplace of Gregory Selin with John Tomasoski who is the Village Administrator for Gregory Selin.

COMPLAINT AT LAW
SUMMONS

Additional Description:
I made contact with Mokena Village Administrator, John Tomasoski, at Village Hall. He confirmed he had the authority to accept the legal documents. I showed him who the lawsuit was in reference to and who was named in the suit. I served John all copies of the documents.

White Male, est. age 45-54, glasses: N, No Hair hair, 200 lbs to 220 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=41.5314429,-87.886983
Photograph: See Exhibit 1

Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

/s/ *Jennifer O'Rourke*

Executed in

Cook County                              ,

IL        on    8/28/2025            .

Signature
Jennifer O'Rourke
+1 (815) 690-9209
Proof Illinois LLC
No. 117.001863



Exhibit 1a)

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT, WILL COUNTY, ILLINOIS

**MELISSA MILLER and DANIEL VAN DYKE, as independent administrators of the Estate of COURTNEY MILLER, deceased,**

    *Plaintiff(s) / Petitioner(s)*

v.

**VILLAGE OF MOKENA; and Mokena Police Officers VICTORIA HART, JOSEPH BALLANTINE, RICHARD CRISCIONE, ROBERT HENSCHEL, ANTONIO MAVROGIANNIS, ROBERT MILLER, OWEN PRICE, DARIN McVICKER, ANDREW LANGAN, and GREGORY SELIN, each individually and as agents of the VILLAGE OF MOKENA,**

    *Defendant(s) / Respondent(s)*

Case No.: 2025LA000769

## AFFIDAVIT OF SERVICE

I, Jennifer O'Rourke, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to Joseph Ballantine in Will County, IL on August 27, 2025 at 11:46 am at 11004 Carpenter Street, Mokena, IL 60448 by workplace substituted service by leaving the documents at the usual workplace of Joseph Ballantine with John Tomasoski who is the Village Administrator for Joseph Ballantine.

COMPLAINT AT LAW
SUMMONS

Additional Description:
I made contact with Mokena Village Administrator, John Tomasoski, at Village Hall. He confirmed he had the authority to accept the legal documents. I showed him who the lawsuit was in reference to and who was named in the suit. I served John all copies of the documents.

White Male, est. age 45-54, glasses: N, No Hair hair, 200 lbs to 220 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=41.5314442,-87.8870105
Photograph: See Exhibit 1

Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

/s/ *Jennifer O'Rourke*

Signature
Jennifer O'Rourke
+1 (815) 690-9209
Proof Illinois LLC
No. 117.001863

Executed in

Cook County ,

IL on 8/28/2025 .



Exhibit 1a)

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT, WILL COUNTY,
ILLINOIS

**MELISSA MILLER and DANIEL VAN DYKE, as independent
administrators of the Estate of COURTNEY MILLER,
deceased,**

    *Plaintiff(s) / Petitioner(s)*

v.

**VILLAGE OF MOKENA; and Mokena Police Officers
VICTORIA HART, JOSEPH BALLANTINE, RICHARD
CRISCIONE, ROBERT HENSCHEL, ANTONIO
MAVROGIANNIS, ROBERT MILLER, OWEN PRICE,
DARIN McVICKER, ANDREW LANGAN, and GREGORY
SELIN, each individually and as agents of the VILLAGE OF
MOKENA,**

    *Defendant(s) / Respondent(s)*

Case No.: 2025LA000769

## AFFIDAVIT OF SERVICE

I, Jennifer O'Rourke, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private
Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to Owen Price in Will County, IL on August 27, 2025 at 11:46 am at 11004
Carpenter Street, Mokena, IL 60448 by workplace substituted service by leaving the documents at the usual
workplace of Owen Price with John Tomasoski who is the Village Administrator for Owen Price.

COMPLAINT AT LAW
SUMMONS

Additional Description:
I made contact with Mokena Village Administrator, John Tomasoski, at Village Hall. He confirmed he had
the authority to accept the legal documents. I showed him who the lawsuit was in reference to and who was
named in the suit. I served John all copies of the documents.

White Male, est. age 45-54, glasses: N, No Hair hair, 200 lbs to 220 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=41.5314522,-87.8870166
Photograph: See Exhibit 1

Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

/s/ *Jennifer O'Rourke*
_____

Executed in

___Cook County_____ ,

___IL_____ on ___8/28/2025_____ .

Signature
Jennifer O'Rourke
+1 (815) 690-9209
Proof Illinois LLC
No. 117.001863



Exhibit 1a)

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT, WILL COUNTY, ILLINOIS

MELISSA MILLER and DANIEL VAN DYKE, as independent
administrators of the Estate of COURTNEY MILLER,
deceased,

    *Plaintiff(s) / Petitioner(s)*

v.

VILLAGE OF MOKENA; and Mokena Police Officers
VICTORIA HART, JOSEPH BALLANTINE, RICHARD
CRISCIONE, ROBERT HENSCHEL, ANTONIO
MAVROGIANNIS, ROBERT MILLER, OWEN PRICE,
DARIN McVICKER, ANDREW LANGAN, and GREGORY
SELIN, each individually and as agents of the VILLAGE OF
MOKENA,

    *Defendant(s) / Respondent(s)*

Case No.: 2025LA000769

## AFFIDAVIT OF SERVICE

I, Jennifer O'Rourke, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private
Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to Richard Criscione in Will County, IL on August 27, 2025 at 11:46 am at
11004 Carpenter Street, Mokena, IL 60448 by workplace substituted service by leaving the documents at the
usual workplace of Richard Criscione with John Tomasoski who is the Village Administrator for Richard
Criscione.

COMPLAINT AT LAW
SUMMONS

Additional Description:
I made contact with Mokena Village Administrator, John Tomasoski, at Village Hall. He confirmed he had
the authority to accept the legal documents. I showed him who the lawsuit was in reference to and who was
named in the suit. I served John all copies of the documents.

White Male, est. age 45-54, glasses: N, No Hair hair, 200 lbs to 220 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=41.5314608,-87.8870065
Photograph: See Exhibit 1

Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

/s/ *Jennifer O'Rourke*
_____
Signature
Jennifer O'Rourke
+1 (815) 690-9209
Proof Illinois LLC
No. 117.001863

Executed in
_____ ,
  Cook County

  IL        on    8/28/2025              .



Exhibit 1a)

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT, WILL COUNTY,
ILLINOIS

**MELISSA MILLER and DANIEL VAN DYKE, as independent
administrators of the Estate of COURTNEY MILLER,
deceased,**

    *Plaintiff(s) / Petitioner(s)*

v.

**VILLAGE OF MOKENA; and Mokena Police Officers
VICTORIA HART, JOSEPH BALLANTINE, RICHARD
CRISCIONE, ROBERT HENSCHEL, ANTONIO
MAVROGIANNIS, ROBERT MILLER, OWEN PRICE,
DARIN McVICKER, ANDREW LANGAN, and GREGORY
SELIN, each individually and as agents of the VILLAGE OF
MOKENA,**

    *Defendant(s) / Respondent(s)*

Case No.: 2025LA000769

## AFFIDAVIT OF SERVICE

I, Jennifer O'Rourke, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private
Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to Robert Henschel in Will County, IL on August 27, 2025 at 11:46 am at
11004 Carpenter Street, Mokena, IL 60448 by workplace substituted service by leaving the documents at the
usual workplace of Robert Henschel with John Tomasoski who is the Village Administrator for Robert
Henschel.

COMPLAINT AT LAW
SUMMONS

Additional Description:
I made contact with Mokena Village Administrator, John Tomasoski, at Village Hall. He confirmed he had
the authority to accept the legal documents. I showed him who the lawsuit was in reference to and who was
named in the suit. I served John all copies of the documents.

White Male, est. age 45-54, glasses: N, No Hair hair, 200 lbs to 220 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=41.5314704,-87.8870026
Photograph: See Exhibit 1

Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

/s/ *Jennifer O'Rourke*
_____

Executed in

   Cook County             ,

  IL    on   8/28/2025    .

Signature
Jennifer O'Rourke
+1 (815) 690-9209
Proof Illinois LLC
No. 117.001863



Exhibit 1a)

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT, WILL COUNTY, ILLINOIS

MELISSA MILLER and DANIEL VAN DYKE, as independent
administrators of the Estate of COURTNEY MILLER,
deceased,

    *Plaintiff(s) / Petitioner(s)*

v.

VILLAGE OF MOKENA; and Mokena Police Officers
VICTORIA HART, JOSEPH BALLANTINE, RICHARD
CRISCIONE, ROBERT HENSCHEL, ANTONIO
MAVROGIANNIS, ROBERT MILLER, OWEN PRICE,
DARIN McVICKER, ANDREW LANGAN, and GREGORY
SELIN, each individually and as agents of the VILLAGE OF
MOKENA,

    *Defendant(s) / Respondent(s)*

Case No.: 2023LA000769

## AFFIDAVIT OF SERVICE

I, Jennifer O'Rourke, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private
Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to Robert Miller in Will County, IL on August 27, 2025 at 11:46 am at
11004 Carpenter Street, Mokena, IL 60448 by workplace substituted service by leaving the documents at the
usual workplace of Robert Miller with John Tomasoski who is the Village Administrator for Robert Miller.

COMPLAINT AT LAW
SUMMONS

Additional Description:
I made contact with Mokena Village Administrator, John Tomasoski, at Village Hall. He confirmed he had
the authority to accept the legal documents. I showed him who the lawsuit was in reference to and who was
named in the suit. I served John all copies of the documents.

White Male, est. age 45-54, glasses: N, No Hair hair, 200 lbs to 220 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=41.53144,-87.8869832
Photograph: See Exhibit 1

Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

/s/ *Jennifer O'Rourke*
_____
Signature

Executed in
_____,
Cook County

_____ on _____.
IL              8/28/2025

Jennifer O'Rourke
+1 (815) 690-9209
Proof Illinois LLC
No. 117.001863



Exhibit 1a)

# IN THE 12TH JUDICIAL CIRCUIT COURT OF WILL COUNTY, ILLINOIS

**Melissa Miller; Daniel Van Dyke**

*Plaintiff(s) / Petitioner(s)*

v.

**Richard Criscione; Robert Henschel; Antonio Mavrogiannis;**     Case No.: 2023LA000769
**Robert Miller; Owen Price; Darin McVicker; Andrew Langan;**
**Gregory Selin; Mokena Police Department; Village of Mokena;**
**Victoria Hart; Joseph Ballantine**

*Defendant(s) / Respondent(s)*

## AFFIDAVIT OF SERVICE

I, Jennifer O'Rourke, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to Victoria Hart in Will County, IL on August 27, 2025 at 11:46 am at 11004 Carpenter Street, Mokena, IL 60448 by workplace substituted service by leaving the documents at the usual workplace of Victoria Hart with John Tomasoski who is the Registered Agent for Victoria Hart.

COMPLAINT AT LAW
SUMMONS

White Male, est. age 45-54, glasses: N, No Hair hair, 200 lbs to 220 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=41.5314386,-87.8869857
Photograph: See Exhibit 1

Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

/s/ *Jennifer O'Rourke*

Executed in

__Will County__ ,

__IL__ on __9/4/2025__ .

Signature
Jennifer O'Rourke
+1 (815) 690-9209
Proof Illinois LLC
No. 117.001863



Exhibit 1a)

**MELISSA MILLER and DANIEL VAN DYKE, as independent administrators of the Estate of COURTNEY MILLER, deceased,**

    *Plaintiff(s) / Petitioner(s)*

v.

**VILLAGE OF MOKENA; and Mokena Police Officers VICTORIA HART, JOSEPH BALLANTINE, RICHARD CRISCIONE, ROBERT HENSCHEL, ANTONIO MAVROGIANNIS, ROBERT MILLER, OWEN PRICE, DARIN McVICKER, ANDREW LANGAN, and GREGORY SELIN, each individually and as agents of the VILLAGE OF MOKENA,**

    *Defendant(s) / Respondent(s)*

Case No.: 2025LA000769

## <u>AFFIDAVIT OF SERVICE</u>

I, Jennifer O'Rourke, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to Village of Mokena in Will County, IL on August 27, 2025 at 12:43 pm at 11004 Carpenter Street, Mokena, IL 60448 by leaving the following documents with John Tomasoski who as Village Administrator is authorized by appointment or by law to receive service of process for Village of Mokena.

COMPLAINT AT LAW
SUMMONS

Additional Description:
I made contact with Mokena  Village Administrator, John Tomasoski, at Village Hall. He confirmed he had the authority to accept the legal documents. I showed him who the lawsuit was in reference to and who was named in the suit. I served John all copies of the documents.

White Male, est. age 45-54, glasses: N, No Hair hair, 200 lbs to 220 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=41.5343446,-87.8850194
Photograph: See Exhibit 1

Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

_/s/ Jennifer O'Rourke_

Executed in

Cook County                                  ,

IL        on    8/28/2025              .

Signature
Jennifer O'Rourke
+1 (815) 690-9209
Proof Illinois LLC
No. 117.001863



Exhibit 1a)