**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Melissa Miller, et al. v. Village of Mokena, et al.   Case Number: 1:25-cv-10557

An appearance is hereby filed by the undersigned as attorney for:
Melissa Miller and Daniel Van Dyke as independent administrators of the Estate of Courtney Miller, deceased.

Attorney name (type or print): Matthew C. Friedman

Firm: Ankin Law Office, LLC

Street address: 10 N Dearborn Street Suite 500

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6216097   Telephone Number: (312) 600-0000
(See item 3 in instructions)

Email Address: mfriedman@ankinlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you a
  ☐ Federal Defender
  ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 5, 2025

Attorney signature:   S/ *Matthew C. Friedman*
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023