**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MELISSA MILLER and DANIEL VAN DYKE, ) | | |
| as independent administrators of the Estate of ) | | |
| COURTNEY MILLER, deceased, ) | | |
| ) | | |
| Plaintiffs, ) | Case No. 25CV10557 | |
| ) | | |
| vs. ) | (Removed from the Circuit Court | |
| ) | of Will County | |
| VILLAGE OF MOKENA, Mokena Police Officers ) | Case No. 25 LA 000769) | |
| VICTORIA HART, JOSEPH BALLANTINE, ) | | |
| RICHARD CRISCIONE, ROBERT HENSCHEL, ) | Judge Sharon Johnson Coleman | |
| ANTONIO MAVROGIANNIS, ROBERT ) | | |
| MILLER, OWEN PRICE, DARIN MCVICKER, ) | | |
| ANDREW LANGAN, and GREGORY SELIN, ) | | |
| each individually and as agents of the Village ) | | |
| of Mokena, ) | | |
| ) | | |
| Defendants. ) | | |

**MOTION FOR EXTENSION OF TIME IN WHICH**
**TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

NOW COME the Defendants, VILLAGE OF MOKENA, VICTORIA HART, JOSEPH BALLANTINE, RICHARD CRISCIONE, ROBERT HENSCHEL, ANTONIO MAVROGIANNIS, ROBERT MILLER, OWEN PRICE, DARIN MCVICKER, ANDREW LANGAN and GREGORY SELIN (hereinafter "Defendants"), by and through their attorney, MICHAEL D. BERSANI of HERVAS, CONDON & BERSANI, P.C., and moves this Honorable Court for entry of an Order granting Defendants an extension of time in which to answer or otherwise respond to Plaintiffs' Complaint.

In support thereof, Defendants state the following to this Honorable Court:

1. On August 14, 2025, Plaintiffs, MELISSA MILLER and DANIEL VAN DYKE, as independent administrators of the Estate of COURTNEY MILLER, deceased, filed lawsuit pursuant to 42 U.S.C. § 1983, alleging federal and state law claims.

2. On or about August 27, 2025, Defendant Village of Mokena was served with the lawsuit.

3. Michael Bersani of the law firm of Hervas, Condon & Bersani, P.C. was retained to defend the Defendants in this litigation.

4. The case was timely removed from the 12th Judicial Circuit, Will County to this Court on September 3, 2025.

5. Defendants' answer or motion to dismiss is due on or before September 10, 2025.

6. The undersigned needs time to conduct a thorough investigation of the allegations of the complaint and file the appropriate response to the complaint.

7. Accordingly, Defendants are requesting to October 31, 2025, to file answer or otherwise respond to the complaint.

8. The undersigned counsel has conferred with counsel for Plaintiffs, and counsel does not object to this motion.

9. An extension of time will not incur any prejudice on behalf of the Plaintiffs.

WHEREFORE, Defendants, VILLAGE OF MOKENA, VICTORIA HART, JOSEPH BALLANTINE, RICHARD CRISCIONE, ROBERT HENSCHEL, ANTONIO

MAVROGIANNIS, ROBERT MILLER, OWEN PRICE, DARIN MCVICKER, ANDREW LANGAN and GREGORY SELIN, respectfully move that this Honorable Court grant its motion to extend the time in which to answer or otherwise respond to Plaintiffs' Complaint to October 31, 2025.

        Respectfully submitted,

**/s/Michael D. Bersani**
MICHAEL D. BERSANI, Bar # 06200897
JASON R. BLUMENTHAL, Bar #06332469
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156
P:  630-773-4774
mbersani@hcbattorneys.com
jblumenthal@hcbattorneys.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MELISSA MILLER and DANIEL VAN DYKE, as independent administrators of the Estate of COURTNEY MILLER, deceased,<br>   Plaintiffs,<br><br> vs.<br><br>VILLAGE OF MOKENA, Mokena Police Officers VICTORIA HART, JOSEPH BALLANTINE, RICHARD CRISCIONE, ROBERT HENSCHEL, ANTONIO MAVROGIANNIS, ROBERT MILLER, OWEN PRICE, DARIN MCVICKER, ANDREW LANGAN, and GREGORY SELIN, each individually and as agents of the Village of Mokena,<br>   Defendants. | Case No. 25CV10557<br><br>(Removed from the Circuit Court of Will County<br>Case No. 25 LA 000769)<br><br>Judge Sharon Johnson Coleman |

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 10, 2025, I electronically filed the foregoing **Motion for Extension of Time to Respond to Plaintiffs' Complaint** with the Clerk of the District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send notification to the CM/ECF participants; and email a copy to all counsel of record to be served a copy of the same.

TO: Antonio M. Romanucci      Howard H. Ankin
   Colton J. Taylor         Matthew C. Friedman
   Romanucci & Blandin, LLC     Ankin Law Offices LLC
   321 N. Clark St., Ste. 900      10 N. Dearborn St., Ste. 500
   Chicago, IL 60654        Chicago, IL 60602
   aromanucci@rblaw.net      hankin@ankinlaw.com
   cjohnson@rblaw.net       mfriedman@ankinlaw.com

                 **/s/Michael D. Bersani**
                 MICHAEL D. BERSANI, Bar #06200897
                 JASON R. BLUMENTHAL, Bar #06332469
                 Attorney for Defendants
                 HERVAS, CONDON & BERSANI, P.C.
                 333 W. Pierce Road, Suite 195
                 Itasca, IL 60143-3156
                 P: 630-773-4774
                 mbersani@hcbattorneys.com
                 jblumenthal@hcbattorneys.com