UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MELISSA MILLER and DANIEL VAN DYKE, as independent administrators of the Estate of COURTNEY MILLER, deceased,<br>　　　　Plaintiffs,<br><br>　　vs.<br><br>VILLAGE OF MOKENA, Mokena Police Officers VICTORIA HART, JOSEPH BALLANTINE, RICHARD CRISCIONE, ROBERT HENSCHEL, ANTONIO MAVROGIANNIS, ROBERT MILLER, OWEN PRICE, DARIN MCVICKER, ANDREW LANGAN, and GREGORY SELIN, each individually and as agents of the Village of Mokena,<br>　　　　Defendants. | Case No. 25CV10557<br><br>(Removed from the Circuit Court of Will County Case No. 25 LA 000769)<br><br>Judge Sharon Johnson Coleman |

## NOTICE OF MOTION

**TO:** *See* attached Certificate of Service.

**PLEASE TAKE NOTICE** that on the **Tuesday,** the **16th** day of **September, 2025** at **10:00 a.m.**, I shall appear before the Honorable Judge Sharon Johnson Coleman, or anyone sitting in her stead, in the courtroom where she usually presides, Courtroom **1241** of the United States District Court for the Northern District, Eastern Division, 219 South Dearborn Street, Chicago, Illinois or via remote, and then and there present *Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint.*

Copies of which are attached hereto and herewith served upon you.

　　　　　　　　　　　　　　　　　　　　**s/ Michael D. Bersani**
　　　　　　　　　　　　　　　　　　　　Michael D. Bersani, Atty Bar No. 06200897
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　　HERVAS, CONDON & BERSANI, P.C.
　　　　　　　　　　　　　　　　　　　　333 Pierce Road, Suite 195
　　　　　　　　　　　　　　　　　　　　Itasca, Illinois 60143-3156
　　　　　　　　　　　　　　　　　　　　Phone: 630-773-4774; Fax: 630-773-4851
　　　　　　　　　　　　　　　　　　　　mbersani@hcbattorneys.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MELISSA MILLER and DANIEL VAN DYKE, as independent administrators of the Estate of COURTNEY MILLER, deceased, <br>       Plaintiffs, <br><br> vs. <br><br> VILLAGE OF MOKENA, Mokena Police Officers VICTORIA HART, JOSEPH BALLANTINE, RICHARD CRISCIONE, ROBERT HENSCHEL, ANTONIO MAVROGIANNIS, ROBERT MILLER, OWEN PRICE, DARIN MCVICKER, ANDREW LANGAN, and GREGORY SELIN, each individually and as agents of the Village of Mokena, <br>       Defendants. | Case No. 25CV10557 <br><br> (Removed from the Circuit Court of Will County Case No. 25 LA 000769) <br><br> Judge Sharon Johnson Coleman |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 10, 2025, I electronically filed the foregoing **Notice of Motion** with the Clerk of the District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send notification to the CM/ECF participants;

TO:

| | |
|---|---|
| Antonio M. Romanucci <br> Colton J. Taylor <br> Romanucci & Blandin, LLC <br> 321 N. Clark St., Ste. 900 <br> Chicago, IL 60654 <br> aromanucci@rblaw.net <br> cjohnson@rblaw.net | Howard H. Ankin <br> Matthew C. Friedman <br> Ankin Law Offices LLC <br> 10 N. Dearborn St., Ste. 500 <br> Chicago, IL 60602 <br> hankin@ankinlaw.com <br> mfriedman@ankinlaw.com |

      **/s/Michael D. Bersani**
MICHAEL D. BERSANI, Bar #06200897
JASON R. BLUMENTHAL, Bar #06332469
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156
P: 630-773-4774
mbersani@hcbattorneys.com
jblumenthal@hcbattorneys.com