UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Melissa Miller, et al.
                              Plaintiff,
v.                                          Case No.: 1:25−cv−10557
                                            Honorable Sharon Johnson Coleman
Village of Mokena, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 11, 2025:

    MINUTE entry before the Honorable Sharon Johnson Coleman: Defendants' motion for extension of time in which to answer or otherwise respond to plaintiffs' complaint [8] is granted. Responsive pleading shall be filed by 10/31/2025. No appearance necessary on 9/16/2025. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.