**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MELISSA MILLER and DANIEL VAN DYKE, as independent administrators of the Estate of COURTNEY MILLER, deceased, | ) ) ) ) |
| Plaintiffs, | ) Case No. 25CV10557 |
| vs. | ) ) (Removed from the Circuit Court ) of Will County |
| VILLAGE OF MOKENA, Mokena Police Officers VICTORIA HART, JOSEPH BALLANTINE, RICHARD CRISCIONE, ROBERT HENSCHEL, ANTONIO MAVROGIANNIS, ROBERT MILLER, OWEN PRICE, DARIN MCVICKER, ANDREW LANGAN, and GREGORY SELIN, each individually and as agents of the Village of Mokena, | ) Case No. 25 LA 000769) ) ) Judge Sharon Johnson Coleman ) ) ) ) ) ) ) |
| Defendants. | ) |

## **MOTION TO DISMISS**

NOW COME the Defendants, VILLAGE OF MOKENA, VICTORIA HART, JOSEPH BALLANTINE, RICHARD CRISCIONE, ROBERT HENSCHEL, ANTONIO MAVROGIANNIS, ROBERT MILLER, OWEN PRICE, DARIN MCVICKER, ANDREW LANGAN and GREGORY SELIN (hereinafter "Defendants"), by and through their attorneys, MICHAEL D. BERSANI and JASON R. BLUMENTHAL of HERVAS, CONDON & BERSANI, P.C., and moves this Honorable Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiffs' complaint. In support thereof, the Defendants state as follows:

1. This case involves a fatal car crash between Tyler Hoffman and Scott Hersted. Plaintiffs' daughter, Courtney Miller, was a passenger in Hoffman's car and tragically died in the crash.

2. Plaintiffs originally filed this lawsuit in the Circuit Court of Will County, Illinois, alleging that the individual Officers concealed and suppressed Hersted's intoxication levels during their investigation of the crash which Plaintiffs claim has frustrated their ability to bring a wrongful death action against Hersted. They have alleged an identical access-to-court claim under 42 U.S.C. § 1983 and First and Fourteenth Amendments, and state law civil conspiracy and willful and wanton conduct claims, against each of the Officers. Plaintiffs also alleged a statutory indemnification claim against the Defendant Village of Mokena.

3. Due to the § 1983 constitutional claim, Defendants timely removed this suit to this Court.

4. The Complaint should be dismissed in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state plausible claims.

5. Plaintiffs' § 1983 access-to-court claim should be dismissed. The allegations of concealment and suppression by the Officers are mere conclusions devoid of any factual content and therefore do not support a plausible claim. Furthermore, Plaintiffs are actively litigating wrongful death claims against Hersted and Hoffman in state court and therefore cannot show harm to their right to access the court. The § 1983 claim is not ripe for review. Plaintiffs' § 1983 claims are also barred by qualified immunity.

6. Their state law claims should also be dismissed. They are barred by statutory immunity and otherwise fail to state a plausible claim. Further, Plaintiffs effectively allege that the officers conspired to willfully and wantonly deny them access to court and, therefore, for the same reason applicable to the § 1983 claim, these state law claims are not ripe for review.

7. Defendants have filed a memorandum of law contemporaneously with filing this motion.

WHEREFORE, the Defendants, VILLAGE OF MOKENA, VICTORIA HART, JOSEPH BALLANTINE, RICHARD CRISCIONE, ROBERT HENSCHEL, ANTONIO MAVROGIANNIS, ROBERT MILLER, OWEN PRICE, DARIN MCVICKER, ANDREW LANGAN and GREGORY SELIN, respectfully move that this Honorable Court **GRANT** their motion to dismiss the Plaintiff's Complaint.

    Respectfully submitted,

**/s/Michael D. Bersani**
MICHAEL D. BERSANI, Bar # 06200897
JASON R. BLUMENTHAL, Bar #06332469
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156
P: 630-773-4774
mbersani@hcbattorneys.com
jblumenthal@hcbattorneys.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MELISSA MILLER and DANIEL VAN DYKE, )<br>as independent administrators of the Estate of )<br>COURTNEY MILLER, deceased, )<br>  )<br>Plaintiffs, )<br>vs. )<br>  )<br>VILLAGE OF MOKENA, Mokena Police Officers )<br>VICTORIA HART, JOSEPH BALLANTINE, )<br>RICHARD CRISCIONE, ROBERT HENSCHEL, )<br>ANTONIO MAVROGIANNIS, ROBERT )<br>MILLER, OWEN PRICE, DARIN MCVICKER, )<br>ANDREW LANGAN, and GREGORY SELIN, )<br>each individually and as agents of the Village )<br>of Mokena, )<br>Defendants. ) | Case No. 25CV10557<br>(Removed from the Circuit Court<br>of Will County<br>Case No. 25 LA 000769) |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2025, I electronically filed the foregoing **Motion to Dismiss** with the Clerk of the District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send notification to the CM/ECF participants:

TO:  Antonio M. Romanucci  
Colton J. Taylor  
Joshua M. Levin  
Romanucci & Blandin, LLC  
321 N. Clark St., Ste. 900  
Chicago, IL  60654  
aromanucci@rblaw.net  
cjohnson@rblaw.net  

Howard H. Ankin  
Matthew C. Friedman  
Ankin Law Offices LLC  
10 N. Dearborn St., Ste. 500  
Chicago, IL  60602  
hankin@ankinlaw.com  
mfriedman@ankinlaw.com  

**/s/Michael D. Bersani**
MICHAEL D. BERSANI, Bar #06200897
JASON R. BLUMENTHAL, Bar #06332469
Attorneys for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156  P:  630-773-4774
mbersani@hcbattorneys.com
jblumenthal@hcbattorneys.com