Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2024LA000837
Filed Date: 10/10/2024 3:20 PM
Envelope: 29738442
Clerk: SLH

# IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

| | |
|---|---|
| MELISSA MILLER and DANIEL VAN DYKE, as independent administrators of the Estate of COURTNEY MILLER, deceased, | )<br>)<br>)<br>) |
| Plaintiffs, | Case No. 2024LA000837 |
| vs. | JURY DEMAND |
| SCOTT W. HERSTED AND TYLER D. HOFFMAN, | |
| Defendants. | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, MELISSA MILLER and DANIEL VAN DYKE, as independent administrators of the Estate of COURTNEY MILLER, deceased, by and through their attorneys, ANKIN LAW OFFICE LLC, and complaining of Defendants, SCOTT W. HERSTED (hereinafter referred to as "HERSTED") and TYLER D. HOFFMAN (hereinafter referred to as "HOFFMAN"), states as follows:

### COUNT I
### Wrongful Death
*Melissa Miller and Daniel Van Dyke, as independent administrators of the Estate of Courtney Miller vs. Scott W. Hersted*

1. On August 15, 2024, Lincoln Highway (Illinois Route 30) was a public roadway in the Village of Mokena, County of Will, and State of Illinois.

2. On August 15, 2024, COURTNEY MILLER, the Decedent, was a resident of the Village of Frankfort, County of Will, and State of Illinois.

3. On August 15, 2024, the Defendant, HERSTED, was a resident of the Village of

Initial case management set for 01/28/2025 at: 9:00 a.m.

EXHIBIT A

Mokena, County of Will, and State of Illinois.

4. On August 15, 2024, at approximately 10:14 p.m., COURTNEY MILLER was a passenger in Defendant HOFFMAN's 2010 Chevrolet Camaro, driving eastbound on Lincoln Highway (Illinois Route 30) at Owens Road in the Village of Mokena, County of Will, and State of Illinois.

5. At the aforesaid time and place, Defendant HERSTED was operating a 2015 Land Rover LR4, traveling westbound on Lincoln Highway (Illinois Route 30) at Owens Road, before attempting to complete a left turn onto southbound Owens Road in the Village of Mokena, County of Will, and State of Illinois.

6. At the aforesaid time and place, Defendant, HERSTED, owed the Decedent and others lawfully on the roads a duty to operate his motor vehicle safely and to exercise ordinary care so as to not negligently cause injury to those persons lawfully on the roadway to include the Plaintiff's decedent herein, COURTNEY MILLER.

7. At all times relevant herein, Plaintiff's decedent, COURTNEY MILLER, acted with due care and caution for her own safety and the safety of others upon said roadway.

8. At the aforesaid time and place, Defendant, HERSTED, violated his duty of care as he was driving his 2015 Land Rover vehicle westbound on Lincoln Highway when he turned left onto Owens Road, and collided with the aforementioned 2010 Chevrolet Camaro, causing COURTNEY MILLER great bodily harm and her eventual death.

9. In breach of his duty of care, Defendant, HERSTED, was guilty of one or more of the following negligent acts and/or omissions:

    (a)    Operated, maintained and controlled his motor vehicle without keeping a sufficient look-out ahead for vehicles and persons on the roadway.

    (b)    Operated his vehicle at an excessive rate of speed for conditions in violation

of 625 ILCS 5/11–601(a) of the Illinois Motor Vehicle Code.

(c) Failed to use due care and caution to avoid a collision.

(d) Failed to yield the right-of-way to an oncoming vehicle in violation of 625 ILCS 5/11-902 of the Illinois Motor Vehicle Code.

(e) Failed to keep his automobile under control at all times.

(f) Failed to slow or stop his automobile to avoid colliding with the plaintiffs Decedent, COURTNEY MILLER.

(g) Operated, maintained and controlled his motor vehicle with a reckless disregard for the safety of persons or property in violation of 625 ILCS 5/11-503 of the Illinois Motor Vehicle Code.

10. As a direct and proximate result of one or more of the foregoing negligent acts or omissions of Defendant, HERSTED, the Decedent, COURTNEY MILLER, was then and there injured internally and externally, that she suffered severe and permanent injuries which was eventually the proximate cause of her death.

11. That by reason of the death of COURTNEY MILLER, the heirs at law and next of her, and each of them have been deprived of the comfort, society, and valuable services which the plaintiff's decedent would have contributed and performed prior to her untimely death.

12. The Plaintiffs herein, MELISSA MILLER and DANIEL VAN DYKE, have been appointed independent administrators of the Estate of COURTNEY MILLER, deceased, in the Probate Division of the Circuit Court of Will County, Illinois for the purpose of prosecuting this action and this action is being brought pursuant to 740 ILCS 180/1 et seq., commonly known as the "Wrongful Death Act."

13. That a cause for Wrongful Death under 740 ILCS 180/1 has accrued to the Estate of the deceased, COURTNEY MILLER, for the benefit of her following heirs suffering pecuniary

loss:

    (a)    Melissa Miller – Mother

    (b)    Daniel Van Dyke – Father

WHEREFORE the Plaintiffs, MELISSA MILLER and DANIEL VAN DYKE, as independent administrators of the Estate of COURTNEY MILLER, pray for judgment against Defendant, SCOTT W. HERSTED, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs of suit, prejudgment interest, and any further relief which this Honorable Court deems fair and just.

## COUNT II
### Survival Action
*Melissa Miller and Daniel Van Dyke, as independent administrators of the Estate of Courtney Miller vs. Scott W. Hersted*

1-12.    Plaintiffs restate and reallege paragraphs one through twelve of Count I of this Complaint as paragraphs one through twelve of Count II, with full force and effect as if pleaded here in full.

13.    That as a direct and proximate result of one or more of the foregoing acts or omissions of the Defendant HERSTED, Decedent COURTNEY MILLER was then and there injured internally and externally, that she suffered severe and permanent injuries to her nervous system and other systems of her body, and sustained other serious injuries of a personal and pecuniary nature, including, but not limited to, great pain and suffering before her death and medical expenses, subjecting the defendant to liability pursuant to 755 ILCS 5/27-6, commonly referred to as the Survival Act.

WHEREFORE the Plaintiffs, MELISSA MILLER and DANIEL VAN DYKE, as independent administrators of the Estate of COURTNEY MILLER, pray for judgment against

Defendant, SCOTT W. HERSTED, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs of suit, prejudgment interest, and any further relief which this Honorable Court deems fair and just.

## COUNT III
### Wrongful Death
*Melissa Miller and Daniel Van Dyke, as independent administrators of the Estate of Courtney Miller vs. Tyler D. Hoffman*

1. On August 15, 2024, Lincoln Highway (Illinois Route 30) was a public roadway in the Village of Mokena, County of Will, and State of Illinois.

2. On August 15, 2024, COURTNEY MILLER, the Decedent, was a resident of the Village of Frankfort, County of Will, and State of Illinois.

3. On August 15, 2024, the Defendant, HOFFMAN, was a resident of the Village of Frankfort, County of Will, and State of Illinois.

4. On August 15, 2024, at approximately 10:14 p.m., Plaintiff's decedent, COURTNEY MILLER, was a passenger in HOFFMAN's 2010 Chevrolet Camaro as he was driving eastbound on Lincoln Highway (Illinois Route 30) at Owens Road in the Village of Mokena, County of Will, and State of Illinois.

5. At the aforesaid time and place, Defendant, HERSTED, was operating a 2015 Land Rover LR4, traveling westbound on Lincoln Highway (Illinois Route 30) at Owens Road, before attempting to make a left turn onto southbound Owens Road in the Village of Mokena, County of Will, and State of Illinois.

6. At the aforesaid time and place, Defendant, HOFFMAN, owed the Decedent and others lawfully on the roads a duty to operate his motor vehicle safely and to exercise ordinary care so as to not negligently cause injury to those persons lawfully on the roadway to include the

Page 5 of 9

Plaintiffs Decedent herein, COURTNEY MILLER.

7. At all times relevant herein, Plaintiff's decedent, COURTNEY MILLER, acted with due care and caution for her own safety and the safety of others upon said roadway.

8. At the aforesaid time and place, Defendant, HOFFMAN, as he was driving his Chevrolet Camaro eastbound on Lincoln Highway, violated his duty of care by driving through the intersection at Owens Road at a high rate of speed and failing to slow his vehicle, causing his vehicle to impact with the vehicle being driven by Defendant HERSTED resulting in great bodily harm and the eventual death of COURTNEY MILLER.

9. In breach of his duty of care, Defendant, HOFFMAN, was guilty of one or more of the following negligent acts and/or omissions:

    (a) Operated, maintained and controlled his motor vehicle without keeping a sufficient look-out ahead for vehicles and persons on the roadway.

    (b) Operated his vehicle at an excessive rate of speed for conditions in violation of 625 ILCS 5/11–601(a) of the Illinois Motor Vehicle Code.

    (c) Failed to use due care and caution to avoid a collision.

    (d) Failed to keep his automobile under control at all times.

    (e) Failed to slow or stop his automobile to avoid colliding with another vehicle.

    (f) Operated, maintained and controlled his motor vehicle with a reckless disregard for the safety of persons or property in violation of 625 ILCS 5/11-503 of the Illinois Motor Vehicle Code.

10. As a direct and proximate result of one or more of the foregoing negligent acts or omissions of Defendant, HOFFMAN, the Decedent, COURTNEY MILLER, was then and there injured internally and externally, that she suffered severe and permanent injuries which was eventually the proximate cause of her death.

11. That by reason of the death of COURTNEY MILLER, the heirs at law and next of her, and each of them have been deprived of the comfort, society, and valuable services which the plaintiff's decedent would have contributed and performed prior to her untimely death.

12. The Plaintiffs herein, MELISSA MILLER and DANIEL VAN DYKE, have been appointed the independent administrators of the Estate of COURTNEY MILLER, deceased, in the Probate Division of the Circuit Court of Will County, Illinois for the purpose of prosecuting this action and this action is being brought pursuant to 740 ILCS 180/1 et seq., commonly known as the "Wrongful Death Act."

13. That a cause for Wrongful Death under 740 ILCS 180/1 has accrued to the Estate of the deceased, COURTNEY MILLER, for the benefit of her following heirs suffering pecuniary loss:

    (a) Melissa Miller – Mother

    (b) Daniel Van Dyke – Father

WHEREFORE the Plaintiffs, MELISSA MILLER and DANIEL VAN DYKE, as independent administrators of the Estate of COURTNEY MILLER, pray for judgment against Defendant, TYLER D. HOFFMAN, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs of suit, prejudgment interest, and any further relief which this Honorable Court deems fair and just.

## COUNT IV
### Survival Action
*Melissa Miller and Daniel Van Dyke, as independent administrators of the Estate of Courtney Miller vs. Tyler D. Hoffman*

1-12. Plaintiffs restate and reallege paragraphs one through twelve of Count III of this Complaint as paragraphs one through twelve of Count IV, with full force and effect as if pleaded

here in full.

13.  That as a direct and proximate result of one or more of the foregoing acts or omissions of the defendant HOFFMAN, Decedent COURTNEY MILLER was then and there injured internally and externally, that she suffered severe and permanent injuries to her nervous system and other systems of her body, and sustained other serious injuries of a personal and pecuniary nature, including, but not limited to, great pain and suffering before her death and medical expenses, subjecting the defendant to liability pursuant to 755 ILCS 5/27-6, commonly referred to as the Survival Act.

WHEREFORE the Plaintiffs, MELISSA MILLER and DANIEL VAN DYKE, as independent administrators of the Estate of COURTNEY MILLER, pray for judgment against Defendant, TYLER D. HOFFMAN, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs of suit, prejudgment interest, and any further relief which this Honorable Court deems fair and just.

**PLAINTIFF DEMANDS TRIAL BY JURY**

ANKIN LAW OFFICE LLC

*/s/Matthew C. Friedman*
Attorney for Plaintiff

Attorney #6216097
Ankin Law Offices LLC
10 North Dearborn Street, Suite 500
Chicago, Illinois 60602
312•600•0000
mfriedman@ankinlaw.com

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

| | |
|---|---|
| MELISSA MILLER and DANIEL VAN DYKE, as independent administrators of the Estate of COURTNEY MILLER, deceased, ) ) ) ) ) | |
| Plaintiffs, ) | **Case No.** |
| ) | |
| vs. ) | **JURY DEMAND** |
| ) | |
| SCOTT W. HERSTED AND TYLER D. HOFFMAN, ) ) ) | |
| Defendants. ) | |

### RULE 222(b) AFFIDAVIT

I, Matthew C. Friedman, being first duly sworn on oath, depose and state that the amount of damages sought in the above-captioned cause of action exceeds $50,000.00 for the Plaintiffs.

By: /s/*Matthew C. Friedman*
Attorney for Plaintiff

Attorney #6216097
Ankin Law Offices LLC
10 North Dearborn Street, Suite 500
Chicago, Illinois 60602
312•600•0000
mfriedman@ankinlaw.com